JAMES E. WHITMIRE, ESQ.
Nevada Bar No. 6533
jwhitmire@santoronevada.com
ANDREW J. GLENDON, ESQ.
Nevada Bar No. 7351
aglendon@santoronevada.com
SANTORO WHITMIRE
10100 W. Charleston Blvd., Suite 250
Las Vegas, Nevada 89135
Telephone:	702/948-8771
Facsimile:	702/948-8773

*Attorneys for Defendant*
*Center for Behavioral Health Las Vegas, Inc.*
*dba Center for Behavioral Health-Reno*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SANDRA MORE,<br><br>                    Plaintiff,<br><br>     v.<br><br>CENTER FOR BEHAVIORAL HEALTH, LAS VEGAS, INC. dba CENTER FOR BEHAVIORAL HEALTH – RENO, Does I through V and Doe corporations I through V,<br><br>                    Defendant. | Case No.: 2:14-cv-01393-JAD-CWH |

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

SANDRA MORE ("Plaintiff") and CENTER FOR BEHAVIORAL HEALTH, LAS VEGAS, INC. dba CENTER FOR BEHAVIORAL HEALTH – RENO ("Defendant"), by and through their undersigned counsel, hereby stipulate that the above-entitled action may be dismissed with prejudice, each party to bear their own fees and costs.

No trial is set.  No motions are pending.

Dated this 10th day of February, 2015.          Dated this 10th day of February, 2015.

                                                SANTORO WHITMIRE

*/s/ Richard Segerblom*                         */s/ James E. Whitmire*
_____                 _____
RICHARD SEGERBLOM, ESQ.                         JAMES E. WHITMIRE, ESQ.
Nevada Bar No. 1010                             Nevada Bar No. 6533
700 South Third Street                          ANDREW J. GLENDON, ESQ.
Las Vegas, Nevada  89101                        Nevada Bar No. 7351
                                                10100 West Charleston Boulevard, Suite 250
*Attorney for Plaintiff Sandra More*            Las Vegas, Nevada  89135

                                                *Attorneys for Defendant*
                                                *Center for Behavioral Health Las Vegas, Inc.*
                                                *dba Center for Behavioral Health – Reno*

## ORDER

UPON STIPULATION OF THE PARTIES, and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that the above-entitled matter between the parties is hereby DISMISSED with prejudice, each party to bear its own fees and costs.

IT IS FURTHER ORDERED that all other matters on calendar be VACATED.  The Clerk of Court is instructed to close this case.

Dated:  February 12, 2015.

                                                _____
                                                **UNITED STATES DISTRICT JUDGE**